IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-258-D

| | |
|---|---|
| LENTON CREDELLE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  **ORDER** |
| | ) |
| STATE OF NORTH CAROLINA | ) |
| DEPARTMENT OF PUBLIC SAFETY, et al., | ) |
| | ) |
| Defendants. | ) |

On March 21, 20141, plaintiff filed a motion for voluntary dismissal [D.E. 23]. In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is DISMISSED without prejudice.

SO ORDERED. This **29** day of March 2014.

JAMES C. DEVER III
Chief United States District Judge